| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>PATEL, MARILYN H. | 2. Court or Organization<br><br>Northern District California | 3. Date of Report<br><br>05/11/2009 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Judge USDC | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 36060<br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

Patel_Marilyn_H

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | John A. Campbell Moot Court Competition | Apri 1-3, 2008 | Tuscaloosa, AL | Lecture/presentation | meals, lodging and transportation |
| 2. | U.S. District Court | May 2-4, 2008 | Napa | Court meeting | meals, lodging and transportation |
| 3. | MDL 41st Transferee Judges' Conference | October 27-29, 2008 | Palm Beach, FL | Conference | meals, lodging and transportation |
| 4. | Federal Circuit Panel | November 4-5, 2008 | Washington, DC | Court | meals, lodging and transportation |
| 5. | The Copyright Society | November 10, 2008 | New York, NY | Lecture/presentation | meals, lodging and transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Adobe Sys. Inc | | None | K | T | Sell | 10/29 | K | | Partial sale |
| 2. Agrium Inc. | | None | | | Sell | 4/14 | N | E | |
| 3. Agrium Inc. | | | | | Buy | 7/24 | M | | |
| 4. Agrium Inc. | A | Dividend | | | Sell | 10/29 | L | | |
| 5. America Movil SA | | None | | | Sell | 10/29 | L | | |
| 6. Anadigics Inc. | | None | J | T | | | | | |
| 7. Banco Bradesco | C | Dividend | K | T | | | | | |
| 8. Bank of America | C | Dividend | L | T | Buy | 9/15 | L | | |
| 9. BE Aerospace Inc. | | None | K | T | | | | | |
| 10. Boeing | C | Dividend | M | T | | | | | |
| 11. CA Dev. Auth. Bonds | C | Interest | | | Sell | 1/10 | N | | |
| 12. China Medical Tech ADS | B | Dividend | K | T | | | | | |
| 13. China Mobile LTD | B | Dividend | | | Sell | 6/3 | M | F | |
| 14. China Sec & Surveillance | | None | J | T | | | | | |
| 15. CIA Vale Do Rio Doce | B | Dividend | K | T | | | | | |
| 16. Ciena Corp. | | None | J | T | | | | | |
| 17. Citigroup Inc. | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citizens Rep. Bank Co. | | None | J | T | Buy | 3/4 | L | | |
| 19. Colonial Bank Group | A | Dividend | J | T | Buy | 3/4 | K | | |
| 20. Comerica Inc. | D | Dividend | | | Sell | 10/29 | L | | |
| 21. Corning Inc. | A | Dividend | K | T | | | | | |
| 22. Countrywide Cap | D | Dividend | L | T | | | | | |
| 23. Embraer Empresa Bras DDADS | B | Dividend | K | T | | | | | |
| 24. EMC Corp. | | None | K | T | | | | | |
| 25. Emerson Electric Co. | B | Dividend | L | T | | | | | |
| 26. Fifth 3rd Bancorp | C | Dividend | | | Sell | 10/29 | K | | |
| 27. Flowserve Corp. | B | Dividend | | | Sell | 4/29 | M | G | |
| 28. Focus Media HLDG | | None | | | Sell | 10/29 | K | | |
| 29. Form Factor Inc. | | None | | | Sell | 10/29 | L | | |
| 30. Foundation Coal | | | | | Sell | 1/10 | K | | |
| 31. Freeport McMoran | B | Dividend | K | T | | | | | |
| 32. Fushi Copperweld Inc. | | None | J | T | | | | | |
| 33. Gafisa SA | A | Dividend | K | T | | | | | |
| 34. Gamestop Corp. | | None | | | Sell | 10/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,801 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Genco Shipping & Trading Ltd. | B | Dividend | | | Sell | 4/14 | M | D | |
| 36. G Market Inc. | | None | K | T | | | | | |
| 37. Highmark California Tax Free | D | Dividend | | | Sell | 9/1 | N | | |
| 38. Hologic Inc. | | None | L | T | | | | | |
| 39. Honeywell Int'l | D | Dividend | M | T | | | | | |
| 40. ICICI Bank LTD | B | Dividend | | | Sell | 1/10 | M | F | |
| 41. Intel Corp. | B | Dividend | K | T | | | | | |
| 42. IROBOT | | None | | | Sell | 10/29 | K | | |
| 43. JP Morgan Chase | B | Dividend | J | T | | | | | |
| 44. LA County Met Trans Bonds | A | Interest | | | Sell | 1/10 | M | | |
| 45. Mitsubishi FNL. | B | Dividend | K | T | | | | | |
| 46. Morgan Stanley | C | Dividend | K | T | | | | | |
| 47. Morgan Stanley Captrust | D | Dividend | | | Sell | 9/1 | P1 | | |
| 48. Mosaic Company | A | Dividend | | | Sell | 10/29 | L | D | |
| 49. Mylan Inc. | | None | K | T | | | | | |
| 50. Netlogic Microsystems Inc. | | None | | | Sell | 10/29 | K | | |
| 51. Nighthawk Radiology Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Noble Int'l Ltd | A | Dividend | J | T | | | | | |
| 53. Nokia C.P. | B | Dividend | K | T | | | | | |
| 54. Power-One Inc. | | None | | | Sell | 10/29 | J | | |
| 55. Qualcomm. Inc. | B | Dividend | | | Sell | 10/29 | L | | |
| 56. Raytheon Co. | B | Dividend | L | T | | | | | |
| 57. Research In Motion | | None | | | Sell | 10/29 | L | | |
| 58. Riverbed Tech. Inc. | | None | | | Sell | 10/29 | K | | |
| 59. RYL Bank Scotland | C | Dividend | | | Sell | 3/4 | M | | |
| 60. San Diego County Pension Bonds | D | Interest | | | Sell | 8/15 | M | | |
| 61. Schering Plough | A | Dividend | | | Sell | 10/29 | K | | |
| 62. Schwab Cash Res. | D | Dividend | P1 | T | Buy | 9/1 | P1 | | |
| 63. Sina.Com | | None | | | Sell | 10/29 | L | | |
| 64. Sterlite Inds Ltd | | None | K | T | | | | | |
| 65. Sun Microsystems | | None | | | Sell | 10/29 | J | | |
| 66. Sun Power Corp. | | None | K | T | Buy | 3/4 | L | | |
| 67. Unimproved Lot (See note in Section VIII) | | None | L | W | | | | | Part VIII, #1 |
| 68. United Healthcare GP Inc. | | None | | | Sell | 1/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vernon CA Elec Sys. Bonds | C | Interest | | | **Sell** | 1/10 | N | | |
| 70. Vimple Communications | C | Dividend | K | T | Buy | 1/10 | M | | |
| 71. Wachovia (formerly World Savings) | A | Interest | K | T | | | | | World Savings Sold to **Wachovia** |
| 72. Zoltec Co. | | None | K | T | Buy | 3/4 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PATEL, MARILYN H. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Section VII (Investments and Trusts), No. 67: We have owned this lot since 1970. The value ascribed to it by the code reflects what appears to be values for other lots in the area that have gone on the market recently. It has not been appraised and the "current value" is only an approximation based on comparables.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544